**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

FREDERICK BANKS, Reg. #05711-068                                                            PLAINTIFF

v.                                              No. 2:13CV00032 JLH/JTR

ANTHONY HAYNES, Warden,
FCI - Forrest City                                                                            DEFENDANTS

## ORDER OF DISMISSAL

Frederick Banks commenced this action under 28 U.S.C. § 2241 on March 8, 2013, alleging that the Bureau of Prisons had failed to assign him to a residential reentry center for the last twelve months of his term of imprisonment and that he was entitled to $500 upon his release.  Bank stated in his petition that he was due to be released in June.  The Warden responded on April 29, 2013, arguing that Banks failed to state a claim for habeas corpus relief.  Banks did not file a reply.  According to the Bureau of Prisons' website, Banks was released on May 24, 2013.  He has not provided a current address as required by Local Rule 5.5(c)(2).

This action is therefore dismissed as moot and for failure to prosecute.  No certificate of appealability will be issued.

IT IS SO ORDERED this 5th day of June, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE