# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

FREDERICK BANKS, Reg. #05711-068                                                              PLAINTIFF

v.                                    No. 2:13CV00032 JLH/JTR

ANTHONY HAYNES, Warden,
FCI - Forrest City                                                                                           DEFENDANTS

## JUDGMENT

Pursuant to the Order entered separately today, this action is dismissed as moot and for failure to prosecute. No certificate of appealability will be issued.

IT IS SO ORDERED this 5th day of June, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE